**FENWICK & WEST LLP**

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041

TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

December 30, 2019

JAY L. POMERANTZ

EMAIL: JPOMERANTZ@FENWICK.COM
Direct Dial: +1 650-335-7697

**VIA ECF and EMAIL**

Judge Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1 - 3 - 20

    Re:   *Snyder v. Baozun Inc., et al.*
           USDC SDNY Civil Action No.: 1:19-cv-11290

Dear Judge Carter:

We are counsel to Baozun Inc. ("Baozun") in the above-referenced action.[1] Baozun's current deadline to respond to the complaint is January 3, 2020. We write to respectfully request that Baozun's time to respond to the complaint be adjourned until after a lead plaintiff has been appointed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3) (the "PSLRA"), and a consolidated amended complaint has been filed. We have conferred with counsel for plaintiff and they have agreed to join in this request.

Specifically, the parties respectfully request that the Court set the following deadlines, which are also set forth in the stipulation and proposed order enclosed herewith as Exhibit A for the Court's convenience:

- Lead plaintiff appointed pursuant to the PSLRA will file any consolidated or amended complaint, or deem one of the previously-filed complaints the operative complaint, within 60 days of the order appointing lead plaintiff; and

- No defendant shall have an obligation to answer, move or otherwise respond to the complaint until at least 60 days after the filing or deeming of an operative complaint by lead plaintiff.

---

[1] This action also asserts claims against Vincent Wenbin Qiu and Robin Bin Lu (the "Individual Defendants"). The Individual Defendants do not reside in the United States and have not yet been served.

Judge Andrew L. Carter, Jr.
December 30, 2019
Page 2

Adjourning Baozun's time to respond until the operative complaint has been filed will promote efficiency and help to conserve the resources of the Court and the parties. This is the first request for an adjournment or extension of time.

Sincerely,

FENWICK & WEST LLP

Jay L. Pomerantz

Attachment

cc:    Samuel H. Rudman
       Mary K. Blasy

SO ORDERED.

HON. ANDREW L. CARTER, Jr.
UNITED STATES DISTRICT JUDGE  1.3.20