**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHY SNYDER, Individually and on Behalf of All Others Similarly Situated, <br><br>        Plaintiff, <br><br>    v. <br><br> BAOZUN INC., VINCENT WENBIN QIU and ROBIN BIN LU, <br>         Defendants. | Case No.: 1:19-cv-11290-ALC <br><br> Hon. Andrew L. Carter, Jr. |
| IVAR AUS, Individually and on Behalf of All Others Similarly Situated, <br><br>        Plaintiff, <br><br>    v. <br><br> BAOZUN INC., VINCENT WENBIN QIU and ROBIN BIN LU, <br><br>         Defendants. | Case No.: 1:19-cv-11812 |

**NOTICE OF MOTION OF THE BAOZUN INVESTOR GROUP FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Alvin Osofsky, Juan M. Gonzalez Bonilla, and Mica Park De Gonzalez (the "Baozun Investor Group") respectfully moves this Court for an order: (1) consolidating the above captioned related actions (the "Actions"); (2) appointing Movant as lead plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law,

the declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: February 10, 2020                 Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By:  /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
Email: shopkins@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

2