**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHY SNYDER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BAOZUN INC., VINCENT WENBIN QIU and ROBIN BIN LU, <br><br> Defendants. | No. 1:19-cv-11290-ALC <br><br> Judge Andrew L. Carter, Jr. <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| IVAR AUS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BAOZUN INC., VINCENT WENBIN QIU, and ROBIN BIN LU, <br><br> Defendants | No. 1:19-cv-11812-UA |

**MOTION OF FRANCIS L. PUGSLEY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that proposed Lead Plaintiff Francis L. Pugsley ("Pugsley") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned actions (the "Action"); (ii) appointing Pugsley as Lead Plaintiff; (iii) approving Pugsley's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Pugsley is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Pugsley also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims, and because Pugsley will fairly and adequately represent the Class.

This Motion is based upon the accompanying Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Pugsley respectfully requests that the Court grant his motion and enter an Order: (i) consolidating the above-captioned actions; (ii) appointing Pugsley as Lead Plaintiff; (iii) approving Pugsley's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

DATED:  February 10, 2020                              Respectfully submitted,

2

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant Francis
L. Pugsley and Proposed Lead Counsel for
the Class*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Francis L. Pugsley*

3