## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHY SNYDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAOZUN INC., VINCENT WENBIN QIU, and ROBIN BIN LU,<br><br>Defendants. | Case No. 1:19-cv-11290-ALC |
| IVAR AUS, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>BAOZUN INC., VINCENT WENBIN QIU, and ROBIN BIN LU,<br><br>Defendants. | Case No. 1:19-cv-11812 |

**[PROPOSED] ORDER**

Having considered the motion of Phil Spence, Hal Strickland, and Deepak Chakravarty for consolidation of related actions, appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Baozun Inc. Securities Litigation*, Master File No. 1:19-cv-11290;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Phil Spence, Hal Strickland, and Deepak Chakravarty as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2020        _____
                                         HON. ANDREW L. CARTER, JR.
                                         UNITED STATES DISTRICT JUDGE