UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| CATHY SNYDER, Individually and on Behalf of All Others Similarly Situated, : | Civil Action No. 1:19-cv-11290-ALC |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| BAOZUN INC., VINCENT WENBIN QIU and ROBIN BIN LU, : | |
| : | |
| Defendants. : | |

---

|  |  |
|---|---|
| IVAR AUS, Individually and on Behalf of All Others Similarly Situated, : | Civil Action No. 1:19-cv-11812-UA |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| BAOZUN INC., VINCENT WENBIN QIU and ROBIN BIN LU, : | |
| : | |
| Defendants. : | |

---

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD
COUNSEL

4852-8904-4148.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class members and proposed lead plaintiff Daniel Giuntini, Jr. and Joseph Swierczek will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 1306 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order (1) consolidating the above-captioned related securities class actions; (2) appointing Mr. Giuntini and Mr. Swierczek as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*.; and (3) approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, Mr. Giuntini and Mr. Swierczek submit the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  February 10, 2020                ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         SAMUEL H. RUDMAN
                                         DAVID A. ROSENFELD
                                         VINCENT M. SERRA


                                                   *s/ David A. Rosenfeld*
                                         DAVID A. ROSENFELD

                                         58 South Service Road, Suite 200
                                         Melville, NY  11747
                                         Telephone:  631/367-7100
                                         631/367-1173 (fax)
                                         srudman@rgrdlaw.com
                                         drosenfeld@rgrdlaw.com
                                         vserra@rgrdlaw.com

                                         [Proposed] Lead Counsel for [Proposed] Lead
                                         Plaintiff

- 1 -

JOHNSON FISTEL, LLP
RALPH M. STONE
1700 Broadway, 41st Floor
New York, NY 10019
Telephone: 212/292-5690
212/292-5680 (fax)
ralphs@johnsonfistel.com

Additional Counsel

4852-8904-4148.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 10, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4852-8904-4148.v1

## Mailing Information for a Case 1:19-cv-11290-ALC Snyder v. Baozun Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Katherine Anne Marshall**
  katherine.marshall@davispolk.com,kmarshall@fenwick.com

- **Francis Paul McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)